IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV265-03-V

| | |
|---|---|
| WILLIAM BUTLER CRAWFORD,    ) | |
| ) | |
| Petitioner,    ) | |
| ) | |
| v.    ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Respondent.    ) | |
| _____) | |

**THIS MATTER** comes before the Court upon the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, (Document No. 1), and Motion to Proceed In Forma Pauperis, (Document No. 2), both filed June 26, 2006.

After careful review of the motion and case file, the undersigned finds that the United States Attorney should file an Answer detailing Petitioner's allegations and responding to each.

With respect to the Motion to Proceed In Forma Pauperis, a motion to vacate does not require a filing fee; therefore, in forma pauperis status is not necessary to proceed with the case.

**THEREFORE, IT IS HEREBY ORDERED** that no later than forty (40) days from the filing of this Order, the United States Attorney shall file an Answer to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, detailing Petitioner's allegations and responding to each and Petitioner's Application to Proceed In Forma Pauperis is **DENIED** as moot.

**SO ORDERED**.

Signed: July 5, 2006

Richard L. Voorhees
United States District Judge