# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:06CV265-3-V
# (3:02CR235-V)

| | |
|---|---|
| WILLIAM BUTLER CRAWFORD,  )  | |
| )  | |
| Petitioner,  )  | |
| )  | |
| v.  )  | **O R D E R** |
| )  | |
| UNITED STATES OF AMERICA  )  | |
| )  | |
| Respondent.  )  | |
| )  | |

**THIS MATTER** is before this Court upon the Respondent's "Motion to File Exhibits Under Seal" (Document No. 15.) The Court has reviewed Exhibit A, which is a letter and proposed plea agreement, and Exhibit B, which is letter and proposed revised plea agreement, and concludes that they may be sealed

NOW THEREFORE IT IS HEREBY ORDERED that Respondent's Motion to Seal Exhibits (Document No. 15), is Granted. It is further ordered that Exhibits A and B, included as attachments to the Government's Response and Motion for Summary Judgment in this matter be sealed and remain sealed pending further notice of this Court.

1

**SO ORDERED**.

Signed: October 30, 2006

Richard L. Voorhees
United States District Judge