# United States District Court
## For The Western District of North Carolina
## Charlotte Division

William Butler Crawford,

      Petitioner,                  JUDGMENT IN A CIVIL CASE

vs.                                 3:06-CV-265-03
                                 (3:02-CR-235)

United States of America,

      Respondents.

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/15/2008 Order.

Signed: April 15, 2008

*Frank G. John*

Frank G. Johns, Clerk
United States District Court